UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| IN RE: | ) | Chapter 7 |
|---|---|---|
|  | ) |  |
| JOSE GUADARRAMA and | ) | Case No. 07 B 06900 |
| ROSARIO MONDRAGON, | ) |  |
|  | ) |  |
| *Debtor(s).* | ) | Judge Manuel Barbosa |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: Kane County Courthouse, 100 S. Third St., Room 140, Geneva, IL 60134

    On: **June 19, 2008**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    | Receipts | $34,234.51 |
    |---|---|
    | Disbursements | $12,500.00 |
    | Net Cash Available for Distribution | $21,734.51 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Charles J. Myler, Trustee | $0.00 | $1,834.38 | $37.21 |
    | Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $3,360.00 | $ 0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    |  | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $0%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim $ | Proposed Payment $ |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $7,240.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 100%.

Allowed general unsecured claims are as follows:

| Claim Number   Claimant | Amount of Claim | Proposed Payment |
|---|---|---|
| 1. Wells Fargo Bank | $4,341.82 | $4,341.82 |
|     Interest | $125.64 | $125.64 |
| 2. Federated Retail Holdings | $740.10 | $740.10 |
|     Interest | $20.94 | $20.94 |
| 3. FDS Bank/Macy's | $2,158.85 | $2,158.85 |
|     Interest | $59.33 | $59.33 |

Debtors will be refunded approximately $9,000.00.

8.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The trustee proposes to abandon property as shown on Form 1 at the hearing.

Dated: **May 27, 2008**                                                                             For the Court,

                                            By:   **KENNETH S. GARDNER**
                                                  Kenneth S. Gardner
                                                  Clerk of the U.S. Bankruptcy Court
                                                  219 So. Dearborn St., 7th Floor
                                                  Chicago, IL 60604

| | |
|---|---|
| Trustee: | Charles J. Myler, ARDC#2008602 |
| Address: | 105 E. Galena Blvd., 8th Floor |
| | Aurora, IL 60505 |
| Phone: | 630-897-8475 |
| Fax: | 630-897-8076 |

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1               User: amcc7                  Page 1 of 1                  Date Rcvd: May 27, 2008
Case: 07-06900                     Form ID: pdf002              Total Served: 29

The following entities were served by first class mail on May 29, 2008.
 db          +Jose Guadarrama,    1209 Robinwood Drive,    Elgin, IL 60123-1305
 jdb         +Rosario Mondragon,    1209 Robinwood Drive,    Elgin, IL 60123-1305
 aty         +James A Young,    James A Young & Associates, Ltd.,    47 DuPage Court,    Elgin, IL 60120-6421
 aty         +Myler Ruddy & McTavish,    105 E Galena Blvd,    8th Floor,    Aurora, IL 60505-3338
 aty         +Richard G Larsen,    Myler, Ruddy & McTavish,    105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3338
 tr          +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3338
11307617      CMRE Financial Services,    3075 E. Imperial Hwy #200,    Brea, CA 92821-6753
11307615     +Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
11307616     +Central Financial Control,    Po Box 66051,    Anaheim, CA 92816-6051
11307619     +Cmre Financial Services Inc,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6733
11307621      Department Stores National Bank,    PO BOX 6938,    The Lakes, NV 88901-6938
11307622     +Efren Mondragon,    1209 Robinwood Dr.,    Elgin, IL 60123-1305
11747259     +FDS Bank/Macy's,    c/o Tsys Debt Mgmt., Inc.,    PO Box 137,    Columbus, GA 31902-0137
11747226     +Federated Retail Holdings, Inc./Robinson-May,    c/o Tsys Debt Mgmt., Inc.,    PO Box 137,
               Columbus, GA 31902-0137
11307624     +Fox Valley Dental West,    74 N. Alfred Avenue,    Elgin, IL 60123-5262
11307625     +Gemb/care Credit,    Po Box 981439,    El Paso, TX 79998-1439
11307626     +Gmac,    Po Box 12699,    Glendale, AZ 85318-2699
11307627     +Grant & Weber,    26575 West Agoura Rd.,    Calabasas, CA 91302-2975
11307628      IND Anesthesiology Med Grp,    PO BOX 10790,    Santa Ana, CA 92711-0790
11307629     +Indymac Bank,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
11307631     +J.J. Mac Intyre Co., Inc.,    PO BOX 78150,    Corona, CA 92877-0138
11307632     +Marc A. Zepeda, M.D.,    805 W. La Veta Ave., Suite 107,    Orange, CA 92868-3928
11307633     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
11307635     +Wells Fargo,    Po Box 5445,    Portland, OR 97228-5445
11307636     +Wells Fargo Bank Nv Na,    7000 Vista Dr,    West Des Moines, IA 50266-9310
11683601     +Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    Recovery Department,    P.O. Box 9210,
               Des Moines, IA 50306-9210
11307637     +Western M.C. Santa Ana,    File 50155,    Los Angeles, CA 90074-0001
11307638     +Western Med Cntr-Anaheim,    File# 50160,    Los Angeles, CA 90074-0001
11307639      Western Pathology Medical Assoc.,    PO BOX 6015,    Cypress, CA 90630-0015
The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*        +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,    8th Floor,
               Aurora, IL 60505-3338
11307618*     CMRE Financial Services,    3075 E. Imperial Hwy #200,    Brea, CA 92821-6753
11307620*    +Cmre Financial Services Inc,    3075 E Imperial Hwy Ste,    Brea, CA 92821-6733
11307623*    +Efren Mondragon,    1209 Robinwood Dr.,    Elgin, IL 60123-1305
11307630*    +Indymac Bank,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
11307634*    +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
11307640*     Western Pathology Medical Assoc.,    PO BOX 6015,    Cypress, CA 90630-0015
                                                                                               TOTALS: 0, * 7
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2008**          **Signature:**   *Joseph Speetjens*